# EXHIBIT A

Tr.4439145
GENERAL CIVIL            RAZZOLI, KEVIN vs. HUNTS POINT M
100004/2022              ARKET BOARD; GRANT, PHILIP; POY, BEN; CAPT CL
Summons with complaint   ARKE; RODELLI, NICK; CMDR POOLE; SGT RAMAD
                         IZ; MALDONADO, PAUL; HAYES, HOWARD; HUNTS POIN
                         T MARKET PUBLIC SAFETY

02/22/2022 10:40AM                    Fee: $210.00
Paym:                           Richmond County Clerk

[Print in black ink all areas in bold letters. This summons must be served with a complaint.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND
---------------------------------------- x

Kevin Razzoli                              Plaintiff(s),
[your name(s)]

Index Number: 100004/22

- against -

1.) HUNTS POINT MKT. Board, 2.) Philip Grant
3.) Ben Poy, 4.) Capt. Clarke, 5.) Nick Rodelli
6.) Cmdr. Poole, 7.) Sgt. Ramadiz, 8.) Paul Maldonado
9.) Howard Hayes, 10.) HuNTS PoiNT MkT. Public Safety

                                           Defendant(s).
---------------------------------------- x
[name(s) of party being sued]

Date Index Number Purchased: 2/22/22

**SUMMONS**

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: 2/22/2022
[date of summons]

Kevin Razzoli
[sign your name]
114 Belmont Place
Staten Island, NY 10301
Your address(es), telephone number(s)]
(917) 870-3282

Defendants(s)
Hunts Point Mkt. Board et al.
772 Edgewater Drive
Bronx, N.Y. 10474

address(es) of party being sued

Venue: Plaintiff(s) designate(s) Richmond County as the place of trial. The basis of this designation is:
[check box that applies]
☒ Plaintiff's(s') residence in Richmond County
☐ Defendant's(s') residence in Richmond County
☐ Other [See CPLR Article 5]:

[Print in black ink all areas in bold letters. This summons must be served with a complaint.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND
------------------------------------------------------------------ x

Kevin Razzoli
_____
[your name(s)]                    Plaintiff(s),

- against -

1.) Hunts Point MKT. Board   2.) Philip Grant
3.) Ben Poy,   4.) Capt. Clarke,   5.) Nick Rodelli
6.) Cmdr. Poole,   7.) Sgt. Ramadi,   8.) Paul Maldonado
9.) Howard Hayes,   10.) Hunts Point MKT. Public Safety
_____
[name(s) of party being sued]     Defendant(s).
------------------------------------------------------------------ x

Tr.4439145
GENERAL CIVIL
100004/2022 RAZZOLI, KEVIN vs. HUNTS POINT M
ARKET BOARD; GRANT, PHILIP; POY, BEN; CAPT CL
ARKE; RODELLI, NICK; CMDR POOLE; SGT RAMAD
I; MALDONADO, PAUL; HAYES, HOWARD; HUNTS POIN
T MARKET PUBLIC SAFETY
SUMMONS
02/22/2022 10:40AM
Payment Index Number Fee: $210.00
Richmond County Clerk
100004/22

Date Index Number Purchased
2/22/22

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: 2/22/2022
[date of summons]

Kevin Razzoli
[sign your name]
114 Belmont Place
Staten Island, NY, 10301
Your address(es), telephone number(s)]
(917) 870-3282

Defendants(s)
Hunts Point MKT. Board et al.
772 Edgewater Drive
Bronx, N.Y. 10474

address(es) of party being sued

Venue: Plaintiff(s) designate(s) Richmond County as the place of trial. The basis of this designation is:
[check box that applies]
☒ Plaintiff's(s') residence in Richmond County
☐ Defendant's(s') residence in Richmond County
☐ Other [See CPLR Article 5]:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND

Kevin Razzoli
                         Plaintiff(s)/Petitioner(s),

Index Number

- against-

Complaint

Hunts Point Mkt Board et al.
                         Defendant(s)/Respondent(s).

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, Kevin Razzoli, respectfully shows and alleges as follows:

See Attached "Matter of Claim" That was served email on Jan. 4, 2022 & failed to respond to allegations....

Note: Human Rights Laws Viol(s)/Right to Work Law NYC.. (Video Taped & Audio)

2.) NYC F.O.I.L. Act Viol(s)

3.) Civil RICO Law Viol(s)
See Defendants & Overt Acts outlined

Note: Video & Audio & Prior Bad Acts Pending Trial in Federal Court Razzoli -v- Hunt Point Mkt et al 16cv-7136

IN Attached Type written Summary

dated JAN 4, 2022

Dated: 2/22/2022

_Kevin Razzoli_
[sign your name]

_Kevin Rozzoli_
[print your name]

VERIFICATION

STATE OF NEW YORK

COUNTY OF RICHOND:

_Kevin Razzoli_, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

_Kevin Razzoli_
[Sign your name in front of a Notary]

_Kevin Razzoli_
[print your name]

Sworn to before me this
2/22/2022

_Gabrielle Andrews_
Notary Public

```
GABRIELLE ANDREWS
Notary Public - State of New York
No. 04AN6392607
Qualified in Richmond County
My Comm. Expires May 28, 2023
```

IN THE MATTER OF THE CLAIM OF

Kevin Razzoli

-against-

HUNTS POINT MARKET BOARD
Nick Rodelli , Fmr. Mkt. Manager/ Pub.Safery Dir.
Philip Grant , Ceo of Hunts Point Market
Ben Poy , Chief Exc. Officer Hunts Point Mkt.
Lt. Fredricks ,Hunts Point Safety Office
Capt. Clarke, Hunts Point Public Safety Supervisor
Sgt. Rambazis, Public Safety Sup.
Howard Hayes , Hunts Point Public Safety
Paul Maldonado , Hunts Point Public Safety Officer
Cmdr. Poole , Hunts Point Public Safety Sup.
Officer Carpenter , Hunts Point Public Safety Officer

To : Zoe Salzman , Counsel of Record

PLEASE TAKE NOTICE that the undersigned claimant hereby make & demand against you as Follows :

1.) The name & POSTAL ADDRESS of each claimant(s) to serve notice on is :

Kevin Razzoli
114 Belmont Place
Staten Island ,New York
Pro Se Trail Counsel

2.) The nature of the Claim :
To recover monetary damages for the LossWages & FutureWages & Loss of PACA FUNDS by Actions. ORDERED BY HUNTS POINT MARKET BOARD OF DIRECTORS , Hunts Point Market Director Nick Rodelli ( 2015-2019), Captain Clarke (2019 Present)(HPDPS) Sgt Rambazis ( 2015-2019) , Officer Paul Maldonado ( 2016-2019) Howard Hayes(HPDPS)( 2015-2019) that INTENTIONALLY VIOLATE New York State Uniform Commercial Code Laws , NY STATE CIVIL RIGHTS LAWS, NY Human Rights Laws ( Right To Earn Wages ) see: Taft/Hartley Act 1947 , NY STATE F.O.I.L. ACT , DISCRIMINATION AGAINST EX FELONS & EX FELON OWNED BUSSINESS ..... US Constitutional Laws 1st,4th,5th,6th,7th,8th,14th

/

USCA , Right To Fair Hearing & Challenge False Ricrds & Arbitrary & Capricious Decision By Defendants Nick Rodelli , Philip Grant, Ben Poy , & Hunts Point Mkt Board of Directors , .......

3.) The Time & Place where & the manner in which claim arose

> Note: All is on Video Tape & in possession of NYC & NYC ATTORNEY OFFICE , & Hon. Judges Wang & Collins ( Bronx Criminal Court ) cases 2016BX04527 & 2016BX026017 .. Pending Art. 78 Hearing
>
> Most recient acts committed by Above listed Defendants on August 30,2021 and Several Times there After December 14,2021 which is ne ACTS of VIOLATIONS OF RIGHT TO COMPETE LAWS NY UCC laws & PACA LAWS ( USDA ) ......

Captain Clarke , Lt Fredricks , Sgt. Alvarez , HPDPS Officers Carpenter ,Hodges did so ACT on ORDERS of Philip Grant , Ben Poy , all members of the governing instruct all to Physically Remove Kevin Razzoli on 7/30/2021 at 12:59 pm thru lane 5 , toll collector 16179 .......paying $5,00 in US currencey as always Captain Clarke and others acted in violation of Human Rights Laws , UCC/PACA Taft/hartley Act 1947 , US Const.. Laws 1st,4th,5rh,6th,8th,14th USCA ......
and there after several times causing Hundreds of Thousands of Dollars in Loss wages to Kevin Razzoli / Raz Trading LLC  PACA Lic# 2022-0180 ..... See supported by invoices & video footage of Ben Poy & others on December 14,2021

4.) The items of damages or injuries claimed are :
As a result " USE of FALSE & Misleading Files " and failure to adhere to New York State Laws that Govern Human Rights / Right To earn wages pursuant to Taft/Hartley Act of 1947 .... Right to Be Free From Illegal Restriant ( 4th Amend) Defendants violated Intentionally NY FOIL ACT ,by committing perjury & use of False Information to Deny Kevin Razzoli to earn wages at PanHellenic Foods etc,etc and make sale on behalf Raz Trading LLC a Growers Sales Agent  licensed by the PACA License # 2022-0180 ........Also impede his duties review loads alleged to be in need of adjustment .... see : Video Tapes & Invoices .......
See Pay ADP Pay Stubbs from Pan Hellenic Foods & Raz Trading LLC ID #19006 Court Files 2016Bx045427 & 2016BX026017 pending Article 78 Hearing .....

See Video Tapes & Trial Transcript 2016BX045427 & 2016BX026017
   Statements on Video dated August 30,2021 & there after ...& between December 14,2021

Amount of Claim of Losses ……………….. $ 25 ,0000,000.00

The undersigned claimant listed below ( Kevin Razzoli ) hereby presents this claim for adjustment and payment .. You are hereby notified that unlessit is adjusted & paid within the time provided by law from the date of presentation to you , the claimant intends to commence legal action on this Claim

Submiite under oath pursuant to Laws Governing Perjury 18 USC 1001

Served via email on Zoe Salazman , Attorney of Record for Hunts Point CO-OP Board

Date : January 04,2022

/s/ Kevin Razzol

Kevin Razzoli , Pro Se Trial Counsel
Ceo Raz Trading LLC
114 Belmont Place
Staten Island , NY 10301